UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IN RE:
    Susan Kaye Gilliam

CASE NO: 13-33854
(Chapter 13)

    Debtor

JUDGE LAWRENCE S. WALTER

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4345468**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| / 0 | ZACHARY BUSHATZ<br>513 Windsor Park Dr.<br>Suite E<br>Dayton, OH  45459 | 1,168.96 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 10/14/2015

<u>CERTIFICATE OF SERVICE</u>                    13-33854

I hereby certify that on October 15, 2015, a copy of the attached was served on the following ECF participants electronically through the court's ECF System at the email address registered with the court.

OFFICE OF THE U S TRUSTEE          DAVID J SMITH
170 NORTH HIGH ST                  2190 GATEWAY DRIVE
SUITE 200                          FAIRBORN, OH 45324
COLUMBUS, OH 43215

And on the following by ordinary U.S. Mail, on October 15, 2015:

Susan Kaye Gilliam              (16.1n)                         (14.1n)
983 Brush Row Rd.               ADAM B HALL                     DENNIS STOWE, CEO/PRES
Xenia, OH 45385                 MANLEY DEAS KOCHALSKI LLC        RESIDENTIAL CREDIT SOLUTIONS
                                BOX 165028                      4708 MERCANTILE DRIVE
                                COLUMBUS, OH 43216-5028         FORT WORTH, TX 76137


(10.1n)                         (13.1n)
JAMES E TEBBUTT                 SETH H WAUGH, PRES/DIR
MANLEY DEAS KOCHALSKI LLC       DEUTSCHE BANK TRUST COMPANY
BOX 165028                      60 WALL STREET MAIL STOP 60-2710
COLUMBUS, OH 43216              NEW YORK, NY 10005-3928

ZACHARY BUSHATZ
513 Windsor Park Dr.
Suite E
Dayton, OH 45459